```
MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
```
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEA DAVINA FIELDS, individually, <br><br> Plaintiff, <br><br> DIANE REESE, individually; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; DOE INDIVIDUALS 1–20, inclusive; and ROE CORPORATIONS 1–20, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01917-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br><br> **(Third Request)** |

Defendants Diane Reese and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole (CHC) and Plaintiff Kea Davina Fields hereby stipulate to extend the remaining discovery and pretrial deadlines by 30 days. This is the parties' third request to extend the deadlines.

**I.   CURRENT DEADLINES.**

The following are the current deadlines:

| CURRENT DEADLINE | EVENT |
|---|---|
| 05/18/23 | Deadline for Initial Expert Disclosures |
| 06/20/23 | Deadline for Rebuttal Expert Disclosures |
| 07/17/23 | Close of Discovery |
| 08/14/23 | Deadline for Dispositive Motions |
| 09/11/23 | Deadline for the Joint Pretrial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

1

## II. DISCOVERY CONDUCTED TO DATE.

The parties have conducted or scheduled the following discovery:

| Date | Event |
|---|---|
| 12/14/22 | Plaintiff served her initial disclosure of documents and witnesses. |
| 12/15/22 | Defendants served their initial disclosure of documents and witnesses. |
| 01/12/23 | Defendants served their first set of requests for production to Plaintiff. |
| 02/13/23 | Plaintiff underwent an independent medical examination. |
| 02/27/23 | Plaintiff served her responses to Defendants' first set of requests for production. |
| 03/15/23 | Defendants served their first supplemental disclosure of documents and witnesses. |
| 03/31/23 | Defendants served their second supplemental disclosure of documents and witnesses. |
| 04/06/23 | Defendants deposed Plaintiff. |
| 04/27/23 | Defendants served their third supplemental disclosure of documents and witnesses. |
| 04/27/23 | Plaintiff served a first set of requests for production to Diane Reese, which remain pending. |
| 04/27/23 | Plaintiff served a first set of interrogatories to Diane Reese, which remain pending. |
| 04/27/23 | Plaintiff served a first set of requests for admission to Diane Reese, which remain pending. |
| 06/01/23 | Plaintiff will depose Diane Reese. |

## III. DESCRIPTION OF THE REMAINING DISCOVERY.

The parties wish to disclose experts, serve additional written discovery and subpoenas duces tecum, and depose additional nonparty witnesses and experts.

## IV. REASONS FOR EXTENDING THE DEADLINES.

LR 26-3 states the following, in relevant part:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of

2

the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

The parties have been in discussions to explore a possible resolution of the case. Those discussions remain ongoing, and the parties wish to avoid incurring the fees and costs associated with initial expert disclosures to see if the case can be resolved. For that reason, they wish to extend the initial expert disclosure deadline and all other pretrial deadlines by 30 days.

///

///

///

### IV. ~~PROPOSED~~ EXTENDED DEADLINES.

The parties propose extending the deadlines as follows:

| PROPOSED EXTENDED DEADLINE | CURRENT DEADLINE | EVENT |
|---|---|---|
| 06/19/23 | 05/18/23 | Deadline for Initial Expert Disclosures |
| 07/20/23 | 06/20/23 | Deadline for Rebuttal Expert Disclosures |
| 08/16/23 | 07/17/23 | Close of Discovery |
| 09/13/23 | 08/14/23 | Deadline for Dispositive Motions |
| 10/11/23 | 09/11/23 | Deadline for the Joint Pretrial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

IT IS SO STIPULATED.

DATED this May 17, 2023.                                   DATED this May 17, 2023.

MCNUTT LAW FIRM. P.C.                                      DIMOPOULOS INJURY LAW

*/s/ Matt Wolf*                                            */s/ Michael Shirts*
Daniel R. McNutt, Esq. Bar No. 7815                        Steve Dimopoulos, Esq., Bar No. 12729
Matthew C. Wolf, Esq. Bar No. 10801                        Michael Shirts, Esq., Bar No. 10223
11441 Allerton Park Drive, Suite 100                       6671 S. Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89135                                    Las Vegas, Nevada 89119
drm@mcnuttlawfirm.com                                      gb@stevedimopoulos.com
mcw@mcnuttlawfirm.com                                      *Counsel for Plaintiff*
*Counsel for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 17, 2023

4