MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEA DAVINA FIELDS, individually,<br><br>　　Plaintiff,<br><br>DIANE REESE, individually; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; DOE INDIVIDUALS 1–20, inclusive; and ROE CORPORATIONS 1–20, inclusive,<br><br>　　Defendants. | Case No.: 2:22-cv-01917-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

　　Plaintiff Kea Davina Fields and Defendants Diane Reese and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole (CHC) hereby stipulate to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

　　IT IS SO STIPULATED.

DATED this June 5, 2023.

MCNUTT LAW FIRM. P.C.

/s/ Matt Wolf
Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

DATED this June 5, 2023.

DIMOPOULOS INJURY LAW

Steve Dimopoulos, Esq., Bar No. 12729
Michael Shirts, Esq., Bar No. 10223
6671 S. Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
ms@stevedimopoulos.com
*Counsel for Plaintiff*

　　IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 13, 2023

1